FILED
MAR 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DREW, IN PROPER PERSON<br>1810 INDEPENDENCE AVE SE<br>WASHINGTON, DC 20003<br>202-491-2392<br>Plaintiff,<br><br>vs.<br><br>SOUTH POINT INC,<br>AND<br>WILSHIRE CREDIT CORPORATION<br>AND<br>BIERMAN, GEESING & WARD, LLC, S. 200<br>4520 EAST WEST HIGHWAY<br>BETHESDA, MD 20814<br>AND<br>ALEX COOPER AUCTIONEERS, INC<br>5301 WISCONSIN AVE N.W SUITE 750<br>WASHINGOTN, DC 20015<br>Defendant | Case No.:<br><br>**MOTION FOR TEMPORARY INJUCTION**<br><br>Case: 1:08-cv-00468<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 3/19/2008<br>Description: TRO/PI |

Now come the plaintiffs, pro se, and respectfully move that the Defendants be temporarily enjoined from:

1. Foreclosure of 1810 Independence Ave, SE Washington DC 20003 until this case is heard and until Florida Attorney General completes it investigation of Countrywide.

2

2. adding illegal fees to Plaintiff's accounts, and

3. failing to credit payments to Plaintiff balances immediately upon receipt.

**NO ADEQUATE REMEDY OF LAW**

There is no adequate remedy at law. The defendants have illegally foreclosed on many people and exacted illegal charges under threat of loss of home.

**IRREPARABLE HARM**

Plaintiff Antonio Drew, being serviced by South Point Inc Mortgage are subject to defendants illegal and oppressive practices. Plaintiff has been put through the fear and agony of potential loss of home.

WHEREFORE, Plaintiffs pray that the defendants be temporarily enjoined from the aforesaid conduct.

Dated this 18th day of March, 2008

ANTONIO DREW

United States District Court
For The District of Columbia

FILED
MAR 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antonio Drew, In proper persona

VS.

Bierman, Geesing & Ward, LLC

08 0468

LOCAL RULE 65.1

I hereby States that I FAX, and Mailed a Copy of The Complaint and Request Under Rule 65.1 To ALL Defendants. on March 19, 2008.

[signature]