# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTONIO DREW, In Proper Person
Plaintiff

vs.

Bierman, Geesing + Ward, LLC
FREMONT Investments and Loan
Defendant

Civil Action No. 1:08CV-00468 ESH

## NOTICE OF APPEAL

Notice is hereby given this 19th day of March, 2008, that Antonio Drew hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 19th day of March, 2007 in favor of Defendant against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

- BIERMAN, Geesing, WARD LLC
  452 East West Highway, Suite 200
  Bethesda, MD 20814
- ALEX Cooper Auctioner Inc. 5301 Wisconsin Ave NW 575
  Wash, DC 20015
- FREMONT Investments and Loan
- SOUTH POINT

RECEIVED MAR 19 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT