# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7043**  **September Term 2007**

1:08-cv-00468-ESH

Filed On: June 17, 2008 [1122044]

Antonio Drew, in proper person,

    Appellant

    v.

Bierman, Geesing & Ward, LLC, et al.,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 7, 29, 08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

### ORDER

    By order filed April 15, 2008, directing appellant to either pay the appellate docketing and filing fees to the district court, or file in this court a motion to proceed on appeal in forma pauperis, by May 15, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's April 15, 2008 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case by July 17, 2008.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                           Elizabeth V. Scott
                           Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk